04/19/2010 16:52 FAX 856 802 4300
Apr 19 10 04:27p    Nathan Snyder

Case 09-16729-bif    Doc 34    Filed 04/21/10    Entered 04/21/10 10:43:03    Desc Main
                               Document        Page 1 of 4

☑ 003/006
p.3

POWERS, KIRN & JAVARDIAN, LLC
By: Gregory Javardian, Esquire
ID# 55669
1310 Industrial Boulevard, Suite 101
Southampton, PA 18966
Telephone: 215-942-2090
Attorney for U.S. Bank, NA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                           | Chapter 13 Proceeding
Roman Volosevich                 |
Valentina Volosevich             | 09-16729 BIF

**STIPULATION BY AND BETWEEN ROMAN VOLOSEVICH AND
VALENTINA VOLOSEVICH AND U.S. BANK, NA**

WHEREAS, the parties hereto, and their respective counsel, have agreed as to the disposition of the Motion for Relief from the Automatic Stay filed by Gregory Javardian, Esquire on behalf of mortgagee U.S. Bank, NA ("Movant").

NOW, THEREFORE, intending to be legally bound, the parties hereto, herewith stipulate as follows:

1. Movant is a mortgagee and holder of a perfected, secured claim against the Debtor pursuant to a Note and Mortgage on Debtor's real estate known as at 56 Robin Road, Southampton, PA 18966.

2. Upon approval by the United States Bankruptcy Court of the within Stipulation, Debtor and secured creditor, U.S. Bank, NA, agree to the following:

    (a) Debtor(s) acknowledges that the current regular monthly post-petition mortgage payment is $2,527.58 and late charges are assessed at

$104.32 per month. The monthly payment is subject to change in accordance with the terms of the Note and Mortgage.

(b) Debtor(s) acknowledge that debtor(s) is currently due for the following amounts post-petition:

| | |
|---|---|
| 2/1/2010 Payment | $2,527.58 |
| 3/1/2010 Payment | $2,527.58 |
| 4/1/2010 Payment | $2,527.58 |
| Late Charges 2/2010-4/2010 @$104.32 | $312.96 |
| Suspense | -$2,531.37 |
| Motion for Relief Attorney Fees & Costs | $500.00 |
| TOTAL | $5,864.33 |

(c) Commencing with the May 1, 2010 payment the Debtor(s) shall resume and shall continue to make all regular monthly post petition mortgage payments when they are due in accordance with said Note and Mortgage.

(d) Within fifteen (15) days of the Court's approval of this Stipulation, Debtor(s) shall amend their Plan to provide for the payment of the post petition arrears of $5,864.33 to U.S. Bank, NA through the Plan.

(e) Within fifteen (15) days of the Court's approval of this Stipulation Movant shall amend its Proof of Claim to add the $5,864.33 in post petition arrears to its arrears claim.

(f) All payments from Debtor(s) to U.S. Bank, NA and/or its successors and assigns shall be in the form of certified funds.

(g) The provisions of the Stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this

2

Stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

(h) The Debtor(s) shall timely tender all payments and comply with all conditions in accordance with this Stipulation. If such payments or conditions are not timely made, Movant may provide the Debtor(s) and their counsel with fifteen (15) days written notice of default. If the default is not cured within the fifteen (15) day period, Movant may certify the default to this Court and an Order shall be entered granting U.S. Bank, NA and/or its successors and assigns relief from the automatic stay without further notice and hearing.

(i) Should U.S. Bank, NA and/or its successors and assigns be granted relief from the stay after filing a Certification of Default in accordance with paragraph 2(h) above, the parties agree that the said relief order shall include the following language: "bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non Bankruptcy law."

(j) The parties agree that a facsimile may be submitted to the Court as if it were an original.

3

STIPULATED AND AGREED TO BY:

_____        Date: 4/19/10
Nathan Snyder, Esquire
Attorney for Debtor, Roman Volosevich and Valentina Volosevich

_____        Date: 4/20/10
Gregory Javardian, Esquire
Attorney for U.S. Bank, NA

On this ___ day of _____, 2010, approved by the Court.

_____
United States Bankruptcy Judge
Bruce I. Fox

cc:    Gregory Javardian, Esquire
       1310 Industrial Blvd.
       1st Floor, Suite 101
       Southampton, PA 18966

       Nathan Snyder, Esquire
       7720 Castor Avenue, 2nd Floor
       Philadelphia, PA 19152

       William C. Miller, Esquire
       111 S. Independence Mall, Suite 583
       Philadelphia, PA 19106